## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION


Lamond Johnson,
     Plaintiff


v.                            Case No.  1:12-cv-216


Mel Smith, et al.,
     Defendants

# ORDER


     This matter is before the Court on the Magistrate Judge's Report and Recommendation filed May 7, 2013 (Doc. 20).

     Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

     Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

     Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and defendants' motion for summary judgment is **GRANTED**.  This action is closed.


Date: May 29, 2013               s/Sandra S. Beckwith         
                                   Sandra S. Beckwith, Senior Judge
                                   United States District Court